Robert S. Besser SBN 46541
LAW OFFICES OF ROBERT S. BESSER
17383 Sunset Boulevard Suite A-350
Pacific Palisades, CA 90272
Tel: (310) 394-6611
Fax:  (310) 394-6612
rsbesser@aol.com

Christopher Chapin SBN 112608
LAW OFFICES OF CHRISTOPHER CHAPIN
110 Forest Lane
San Rafael, CA 94903
Tel:    (415) 578-2364
christopherchapin@aol.com

Attorneys for Plaintiff
43 NORTH BROADWAY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 43 NORTH BROADWAY LLC, a New York limited liability company, | Case No. |
| Plaintiff, | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| vs. | |
| ESSENTIAL MEDIA GROUP, LLC, a Florida limited liability company and DOES 1 through 10, | DEMAND FOR JURY TRIAL |
| Defendants. _____/ | |

Plaintiff 43 NORTH BROADWAY LLC ("43 North"), for its Complaint against

Defendanta alleges as follows:

PARTIES

1.     Plaintiff is a limited liability company organized and existing pursuant to the

laws of New York.

-1-

COMPLAINT FOR COPYRIGHT INFRINGEMENT

2.     Defendant ESSENTIAL MEDIA GROUP ("EMG") is a limited liability company organized and existing under the laws of the State of Florida.

3.     The names, residences and capacities of the Defendants named herein as DOES 1 through 10 are unknown to Plaintiff at this time.  Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named Defendants is in some way liable, jointly and severally, to Plaintiff for the damages alleged herein, either together with, or independently of, each other Defendant.  At such time as the fictitiously named Defendants are identified, Plaintiff will amend this Complaint to state each of their true names, capacities and residences.

4      At all material times, each Defendant acted as the agent and/or principal of each other Defendant and each is equally liable for the wrongful acts of the other.

## JURISDICTION AND VENUE

5.     Subject matter jurisdiction is invoked pursuant to 28 U.S.C. §§1331 and 1338 because this action is based on federal copyright law.

6.     Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2) because the infringement occurred in this district.

## COMMON FACTUAL ALLEGATIONS

7.     43 North is the owner, by written assignment, of the copyrights in the sound recording "Baby (I'm Gonna Love You), Side A/Do Me, Side B" (the "Sound Recording"). A true and exact copy of the Certificate of Registration is attached hereto as Exhibit "A" and incorporated herein by this reference.

8.     EMG falsely claims that it acquired the copyright in the  Sound Recording as of March 10, 2017.   Attached hereto as Exhibit "B" is a true and correct copy of EMG's false claim posted on the Apple/iTunes music store.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement Against All Defendants)

9.    Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 8, above, as though fully set forth.

10.    Plaintiff is informed and believes that Defendants, and each of them, have infringed the copyright in the Sound Recording by using their false claim of ownership to commercially exploit the Sound Recording by publishing, manufacturing, distributing, selling and licensing the use of the Sound Recording without authorization.

11.    As a direct and proximate result of Defendants' infringement, Plaintiff is entitled to its actual damages in addition to Defendants' profits that are attributable to the infringement of the Sound Recording.

12.    As a direct and proximate result of Defendants' infringement, Plaintiff is entitled to an injunction prohibiting Defendants from further use or exploitation of the Sound Recording.

WHEREFORE, Plaintiff prays for relief as follows:

1.    For Defendants' profits which are attributable to the exploitation of the Sound Recording entitled "Baby (I'm Gonna Love You), Side A/ Do Me, Side B" according to proof;

2.    For an injunction prohibiting Defendants from further use or exploitation of the Sound Recording;

3.    For costs of suit incurred herein; and

4.    Such other or further relief as the Court may deem just and proper.

Dated:    September 12, 2017
LAW OFFICES OF ROBERT S. BESSER


By *s/ Robert S. Besser*
    ROBERT S. BESSER
Attorneys for Plaintiff 43 NORTH BROADWAY LLC

-3-

<u>DEMAND FOR JURY TRIAL</u>

Plaintiff, 43 NORTH BROADWAY LLC hereby demands a trial by jury in the above matter.

Dated:   September 12, 2017

LAW OFFICES OF ROBERT S. BESSER

By <u>*s/ Robert S. Besser*</u>
     ROBERT S. BESSER
Attorneys for Plaintiff
43 NORTH BROADWAY LLC

COMPLAINT FOR COPYRIGHT INFRINGEMENT